# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CR414** |
| vs. | ) | |
| | ) | **ORDER** |
| **JEFFREY RAY PEER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**IT IS ORDERED** that the trial now set for March 20, 2007 is cancelled pending resolution of Filing No. 18.  The trial will be rescheduled, if necessary, by further order.

**DATED March 6, 2007.**

                                             **BY THE COURT:**

                                             **s/ F.A. Gossett**
                                             **United States Magistrate Judge**